[No. 33534-4-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN F. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00365-2, Vicki L. Hogan, J., entered July 1, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 33711-8-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN THOMAS ESTEP, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00268-2, Wm. Thomas Mc-Phee, J., entered July 22, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 33907-2-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKLIN-SCOTT KEAWE DELA-CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01624-1, Thomas Felnagle, J., entered October 7, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 33950-1-II.  Division Two.  January 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY RAY PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00610-4, Katherine M. Stolz, J., entered. October 14, 2005. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.